Jarosz v Sidelines Sports (2026 NY Slip Op 00747)

Jarosz v Sidelines Sports

2026 NY Slip Op 00747

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, OGDEN, NOWAK, AND DELCONTE, JJ.

988 CA 25-00544

[*1]KYLE K. JAROSZ, PLAINTIFF-RESPONDENT,
vSIDELINES SPORTS, DEFENDANT-RESPONDENT, FRONT ROW SPORTS, AND SUPERSPORTS - THE HOCKEY & SKATING COMPANY, LLC, DOING BUSINESS AS FRONT ROW SPORTS USA, DEFENDANTS-APPELLANTS. 

JAMES M. SPECYAL, BUFFALO, FOR DEFENDANTS-APPELLANTS.
RICHARD T. BOGLE, NEW YORK CITY, FOR DEFENDANT-RESPONDENT.
DANIEL CHIACCHIA, HAMBURG, FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Catherine R. Nugent Panepinto, J.), entered February 24, 2025. The order denied the motion of defendants Front Row Sports and Supersports - The Hockey & Skating Company, LLC, doing business as Front Row Sports USA for summary judgment dismissing the complaint against them and for common-law indemnification against defendant Sidelines Sports. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on December 22, 2025,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: February 11, 2026
Ann Dillon Flynn
Clerk of the Court